1    **WO**

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                      **FOR THE DISTRICT OF ARIZONA**

8

9    United States of America,                      No. CR-22-00619-PHX-JJT

10                    Plaintiff,                     **DETENTION ORDER**

11   v.

12   Jose Luis Perez, Jr.,

13                    Defendant.

14

15        On September 22, 2022, Jose Luis Perez, Jr. (the "Defendant") appeared before this

16   Court on a Petition to Revoke Conditions of Release.  The Court has considered the

17   information provided to the Court and the arguments of counsel in determining whether

18   the Defendant should be released on conditions set by the Court.

19        The Court makes the following findings under 18 U.S.C. § 3148(b)(1):

20             ☐  There is probable cause to believe that the Defendant has committed a

21                Federal, State, or local crime while on release.

22             ☒  There is clear and convincing evidence that the Defendant has violated

23                the conditions of release.

24        The Court makes the following findings under 18 U.S.C. § 3148(b)(2):

25             ☐  Rebuttable Presumption where Probable Cause to Believe Felony

26                Committed on Pretrial Release.  The Defendant has failed to rebut the

27                presumption that no condition or combination of conditions will assure

28                that the Defendant will not pose a danger to the safety of any other

                  person or the community.  *See* 18 U.S.C. § 3148(b)(2) (providing that

rebuttable presumption of dangerousness applies if there is probable cause to believe that while on release a defendant has committed a Federal, State, or local felony).

☒  Flight Risk.  After considering the factors set forth in 18 U.S.C. § 3142(g), the Court finds by a preponderance of the evidence that there is no condition or combination of conditions of release that will assure that the Defendant will not flee.  *See* 18 U.S.C. § 3148(b)(2)(A); *U.S. v. Gotti*, 794 F.2d 773, 778 (2nd Cir. 1986) (holding that "findings made under section 3148(b) may be established by a preponderance of the evidence").

☐  Dangerousness.  After considering the factors set forth in 18 U.S.C. § 3142(g), the Court finds by a preponderance of the evidence that there is no condition or combination of conditions of release that will assure that the Defendant will not pose a danger to the safety of any other person or the community.  *See* 18 U.S.C. § 3148(b)(2)(A); *Gotti*, 794 F.2d at 778.

☒ Compliance with Conditions.  The Court finds by a preponderance of the evidence that the Defendant is unlikely to abide by any condition or combination of conditions of release.  *See* 18 U.S.C. § 3148(b)(2)(B); *Gotti*, 794 F.2d at 778.

**IT IS THEREFORE ORDERED** that the Defendant be detained pending further proceedings.

Dated this 22nd day of September, 2022.

_____
Honorable Eileen S. Willett
United States Magistrate Judge

- 2 -